*Law Office of*
# MATHEW R.P. PERRONE, JR.

**MATHEW R.P. PERRONE, JR.**
ATTORNEY AT LAW
PATENT ATTORNEY
perronepatents.com



December 20, 2013

210 SOUTH MAIN STREET
ALGONQUIN, ILLINOIS 60102-2639
TELEPHONE 847-658-5140
FAX 847-658-1088

<u>VIA EXPRESS MAIL – EM 454752049 US</u>

Acting Solicitor Nathan Kelley
Office of the Solicitor
Mail Stop 8
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

RECEIVED

DEC 26 2013

Re:  Appeal 2013-005972
     Application 11/217,904
     Technology Center 3600

Dear Mr. Kelley:

Enclosed for filing is my Appearance and Certification of Service on the above-referenced matter. Six copies are enclosed along with a stamped self-addressed envelope, so that you may return a stamped copy to me

Enclosed you will find the appropriate deposit account authorization.

Thank you for your assistance in this matter. If you have any questions, please feel free to contact me.

Yours truly,

Mathew R. P. Perrone, Jr.

MRPP/kap
Enclosures

cc:  Admiral David E. O'Toole, Clerk of Federal Appeals Court
     Mr. James E. Stoller (w/enclosures)

*Law Office of*
## MATHEW R.P. PERRONE, JR.



**MATHEW R.P. PERRONE, JR.**
ATTORNEY AT LAW
PATENT ATTORNEY
perronepatents.com

January 7, 2014

210 SOUTH MAIN STREET
ALGONQUIN, ILLINOIS 60102-2639
TELEPHONE 847-658-5140
FAX 847-658-1088

**RECEIVED**

JAN 14 2014

United States Court of Appeals
For The Federal Circuit

Admiral David E O'Toole
Clerk of Court
Combined Court of Federal Appeals
717 Madison Place, NW
Room 401
Washington, DC 20439

Re:   Appeal 2013-005972
      Application 11/217,904
      Technology Center 3600

Dear Admiral O'Toole:

On December 30, 2013 I received, and thank you for, a copy of my letter sent to you dated December 20, 2013 stamped "Received" which enclosed my Appearance and Petition for Review before the U.S. Court of Appeals for the Federal Circuit. I have enclosed another copy of that letter along with a check for $500 to cover the appellate court's filing fee.

I understand you cannot assign a docket number to this case until this matter is transferred from the Patent and Trademark Office which could take up to 40 days.

Thank you for your assistance in this matter. If you have any questions, please feel free to contact me.

Yours truly,

Mathew R. P. Perrone, Jr.

MRPP/kap
Enclosures

cc:   Acting Solicitor Nathan Kelley
      Mr. James E. Stoller

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

JAMES E. STOLLER, Appellant.

v.                                              **PETITION FOR REVIEW**

Director of United States Patent
And Trademark Office, Appellee

RECEIVED

DEC 26 2013

United States Court of Appeals
For the Federal Circuit

    JAMES E. STOLLER hereby appeals to the Court for review of the Decision on Appeal of the Patent Trial and Appeal Board, Appeal 2013-005972, entered on October 24, 2013. The decision was received electronically on October 24, 2013. This petition is being express mailed to the Court on December 20, 2013.

_____
Mathew R. P. Perrone, Jr.
Attorney for Appellant
210 South Main Street
Algonquin, Illinois 60102
Telephone Number 847-658-5140
Reg. No. 22,951

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Petition for Review on the Director of the United States Patent and Trademark Office at the below listed address on December 20, 2013 by U.S. Express Mail.

        Mail Stop 8
        Office of the Solicitor
        Acting Solicitor Nathan Kelley
        United States Patent and Trademark Office
        P.O. Box 1450
        Alexandria, VA 22313-1450

_[Signature]_
Mathew R. P. Perrone, Jr.
Attorney for Appellant
Law Office of Mathew R. P. Perrone, Jr.
210 South Main Street
Algonquin, Illinois 60102
Telephone Number: 847-658-5140
Fax: 847-658-1088
Reg. No. 22,951