**ORIGINAL**

**RECEIPT FOR PAYMENT**

# United States Court of Appeals
# For The Federal Circuit

OFFICE OF THE CLERK

Received From _M. Perrone_ (NAME)

_____ (ADDRESS)

**NON-APPROPRIATED ACCOUNT**

(DATE) 4/15/14

| Description | AMOUNT |
|---|---|
| ~~Admission Fee~~ filing fee | 500 00 |
| | |
| Duplicate Cert. of Admission | |
| | |
| **TOTAL** | 500 00 |

Clerk ☐
Deputy Clerk ☒ _KLA_
☐

Cash ☐   Check ☒   MONEY ORDER ☐

27458