# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**  
**CLERK OF COURT**

TELEPHONE: 202-275-8000

February 03, 2014

To: Mathew Perrone Jr.

Re:  14-1271 - In re: Stoller

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted certificate of interest and docketing statement cannot be filed for the following reason(s):

- All PDFs submitted to the Court must be text-searchable. ECF-5(B)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole  
Clerk of Court