# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1271

In re STOLLER

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.

Name of party you represent: Director- United States Patent and Trademark Office

Party is (select one) ☐ Appellant/Petitioner    ☐ Cross-Appellant

☒ Appellee/Respondent    ☐ Intervenor

Tribunal appealed from and case no. Patent Trial and Appeal Board/ Case No. 2013-005972/Serial Number 11/217,904

Date of judgment/order: October 24, 2013

Type of case Ex Parte Appeal from the Patent and Trademark Office

Relief sought on appeal Reversal of PTAB final decision

Relief awarded below (if damages specify) N/A

Briefly describe the judgment/order appealed: Final decision of the Patent Trial and Appeal Board (PTAB) affirming the examiner's rejection of claims 21-37.


Nature of judgment (select one)

☒ Final judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory order (specify type) _____

☐ Other (explain - see Fed. Cir. R. 28(a)(5)) _____

Name and docket no. of any related cases pending before this court plus the name of the writing judge if an opinion was issued:  None

Brief statement of the issues to be raised on appeal: The issue on appeal is expected to be whether PTAB erred in affirming the examiner's rejections of 1) claim 35 under 35 U.S.C. § 102(b); (2) claims 21 – 34, 36, and 37 under 35 U.S.C. § 103(a).

Have there been discussions with other parties relating to settlement of this case?

☐ Yes        ☒ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☐ Yes    ☐ No

If they were mediated, by whom? _____

Do you believe that this case may be amenable to mediation?   ☐ Yes    ☒ No

If you answered no, explain why not: After review by the agency's counsel, the PTAB decision has been determined to be sound.

Provide any other information relevant to the inclusion of this case in the court's mediation program: N/A

I certify that I electronically filed the foregoing Docketing Statement using the Court's CM/ECF filing system. Counsel for the Appellant was electronically served via e-mail per Fed. R. App. P. 25 and Fed. Cir. R. 25(c).

**BRIAN T. RACILLA**          **/s/ BRIAN T. RACILLA**
                              Signature of counsel

United States Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
Telephone: 571-272-9035
Faxsimile: 571-273-0373
E-mail: Brian.Racilla@uspto.gov