NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE JAMES E. STOLLER**

14-1271
(Serial no. 11/217,904 )

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

ON MOTION

O R D E R

Upon consideration of the Appellee Michelle K. Lee's unopposed motion to extend time to file their principal brief until May 27, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

May 2, 2014                       <u>/s/ Daniel E. O'Toole</u>
                                  Daniel E. O'Toole
                                  Clerk of Court